**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR625-021 |
| | ) | |
| BYRON WILLIS | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**C. Troy Clark** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT C. Troy Clark** be granted leave of absence for the following periods: November 2, 2026 through November 6, 2026.

**SO ORDERED**, this the 23rd day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA